IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LINDA EDMONSON                                                                              PLAINTIFF

      v.                                          CIVIL NO. 07-5125

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                              DEFENDANT

**O R D E R**

On this 23rd day of October, 2008, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 42 U.S.C. § 406(b).  For reasons set forth in the report and recommendation (Doc. 14),  filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on September 19, 2008, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2, 627.98.

      IT IS SO ORDERED.

                              /s/Jimm Larry Hendren
                              HON. JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE